UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID B. SWARTOUT,

    Plaintiff,                                      Civil Action No. 14-CV-12768

vs.                                                 HON. BERNARD A. FRIEDMAN

RUTH JOHNSON,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

On September 24, 2014, this matter came before the Court on plaintiff's motion for a temporary restraining order and a preliminary injunction [docket entry 12]. A hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that plaintiff's motion for a temporary restraining order and a preliminary injunction is denied.

                                                             __s/ Bernard A. Friedman_____
                                                             BERNARD A. FRIEDMAN
                                                             SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 24, 2014
       Detroit, Michigan